DeGARMO JONES

v.

........ORR AND AARON GREELY

1813

PAPERS IN FILE

1. Precipe for capias and attachment . . . . . . . . . . .
2. Verified account . . . . . . . . . . . . . .

WILLIAM McDOWELL SCOTT

v.

JOHN ANDERSON

1814

PAPERS IN FILE

1. Writ of attachment and return . . . . . . . . . .
2. Bond for $1500 . . . . . . . . . . . . . .

RICHARD SMYTH, COLLECTOR

v.

DANIEL AMES

1814

PAPERS IN FILE

1. Capias . . . . . . . . . . . . . . . .